Claudia Center, State Bar No. 158255
Rachael Langston, State Bar No. 257950
The LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
Emails: ccenter@las-elc.org
rlangston@las-elc.org

*Attorneys for Plaintiff-Intervenor*
KERRY KIRKSEY

WILLIAM R. TAMAYO, SBN 084965 (CA)
JOHNATHAN T. PECK, SB 12303 (VA)
MARCIA L. MITCHELL, SBN 18122 (WA)
DAVID F. OFFEN-BROWN, SBN 063321 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone: (415) 625-5652
Facsimile: (415) 625-5657
David.Offen-Brown@eeoc.gov

*Attorneys for Plaintiff*
U.S. EQUAL OPPORTUNITY EMPLOYMENT COMMISSION

THOMAS M. MCINERNEY, State Bar No. 162055
tmm@ogletreedeakins.com
GREGORY C. CHENG, State Bar No. 226865
gregory.cheng@ogletreedeakins.com
KRYSTAL N. LOPILATO, State Bar No. 263320
krystal.lopilato@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

*Attorneys for Defendant*
ITT EDUCATIONAL SERVICES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

ITT EDUCATIONAL SERVICES, INC. dba ITT TECHNICAL INSTITUTES

Defendant.

**Case No. 2:11-cv-02504-KJM-KJN**

**JOINT STIPULATION AND ORDER GRANTING PLAINTIFF-INTERVENOR KERRY KIRKSEY'S REQUEST TO INTERVENE**

The Honorable Kimberly J. Mueller

Plaintiff-Intervenor KERRY KIRKSEY, Plaintiff U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("EEOC"), and Defendant ITT EDUCATIONAL SERVICES, INC. hereby enter into this stipulation to grant Plaintiff-Intervenor's request to intervene in this matter.

WHEREAS, on or about September 21, 2011, Plaintiff EEOC commenced this action against Defendant ITT EDUCATIONAL SERVICES, INC.;

WHEREAS, on or about December 21, 2011, Plaintiff-Intervenor KERRY KIRKSEY filed with this Court a Motion to Intervene, currently scheduled for hearing on February 10, 2012;

WHEREAS, on or about January 11, 2012, all parties conducted a Rule 26(f) meeting during which they agreed to stipulate to Plaintiff-Intervenor KERRY KIRKSEY's intervention;

WHEREAS, all parties wish to move forward expeditiously, and to preserve both the Court and Parties' resources by agreeing to intervention without necessitating a hearing on Plaintiff-Intervenor's previously filed motion;

THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:

Plaintiff-Intervenor KERRY KIRKSEY's intervention in this matter is stipulated by all parties. The Complaint attached hereto as Exhibit A shall be filed immediately upon the Court's order approving the instant stipulation.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: __1/20/2012_______

The LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER

By: /s/ Rachael Langston_______
CLAUDIA CENTER
RACHAEL LANGSTON
Attorneys for Plaintiff-Intervenor

Dated: __1/20/2012_______

U.S. EMPLOYMENT
OPPORTUNITY COMMISSION

By: /s/ David F. Offen-Brown_______
DAVID F. OFFEN-BROWN
Senior Trial Attorney
Attorneys for Plaintiff

Dated: __1/20/2012_______

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Thomas M. McInerney__________
THOMAS M. MCINERNEY
GREGORY C. CHENG
KRYSTAL N. LOPILATO
Attorneys for Defendant

**O R D E R**

Having considered the above stipulation and good cause appearing, **IT IS SO ORDERED.**

DATED: January 24, 2012.

UNITED STATES DISTRICT JUDGE